390 A.2d 315

Weiner, Appellant, v. Wyman.

Argued March 28, 1978. David Cohen, for appellant; Ronald Ervais, for appellee.

Order affirmed.